58 P.3d 91

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## November 8, 2002

| | | |
|---|---|---|
| 24263 | Life's A Beach Club, Inc. v. Liquor Control Adjudication Bd. | Affirmed |

## November 21, 2002

| | | |
|---|---|---|
| 23379 | von Kessel v. Unemori | Affirmed |